IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRA INTERNATIONAL, INC.**                                                                                 PLAINTIFF

VS.                                          NO. 4-02-CV-00190GH

**TOMMY F. ROBINSON, JEFFREY W. ROBINSON,
GREG T. ROBINSON, AND FRED CHAMBERS,
INDIVIDUALLY AND AS PARTNERS OF
AG PRO FARM PARTNERSHIP**                                                                                DEFENDANTS

## APPLICATION FOR WRIT OF SCIRE FACIAS

Comes CF Industries, Inc., successor in interest to Terra International, Inc., by its attorneys, Bridges, Young, Matthews & Drake PLC, and for its cause of revivor herein against Defendants Tommy F. Robinson, Jeffrey W. Robinson and Greg T. Robinson, individually and as partners of Ag Pro Farm Partnership, states:

1.   That Terra International, Inc. received a Judgment against Defendants Tommy F. Robinson, Jeffrey W. Robinson, Greg T. Robinson and Fred Chambers, individually and as partners of Ag Pro Farm Partnership, jointly and severally, in this Court, entered on the 22nd day of October, 2003, for the sum of $375,929.75, plus interest to accrue at the contract rate of 10% per annum, post-judgment interest to accrue at the statutory rate, and attorney's fees in the amount of $21,322.00 and costs in the amount of $1,367.93. CF Industries, Inc., is now the successor in interest to Terra International, Inc.

2.   CF Industries, Inc. states that partial payment has been made on this Judgment in the sum of $1,125.00; and the amount now due is $796,329.93, which includes interest

accrued through October 21, 2013; that said Judgment has not been reversed, set aside, or in any wise become void and same remains unsatisfied; and that unless same is revived, CF Industries, Inc.'s lien rights thereunder will terminate on October 22, 2013, and CF Industries, Inc.'s rights under the Judgment will terminate and be forever barred.

3. CF Industries, Inc. states that Defendant Fred Chambers received a Chapter 7 bankruptcy discharge on April 19, 2005.

3. CF Industries, Inc. requests that both the Judgment and lien thereof be extended for a period of ten (10) years as to Defendants Tommy F. Robinson, Jeffrey W. Robinson and Greg T. Robinson, individually and as partners of Ag Pro Farm Partnership.

WHEREFORE, CF Industries, Inc., successor in interest to Terra International, Inc., prays that a Writ of Scire Facias be issued to revive the Judgment and the lien of said judgment as to Defendants Tommy F. Robinson, Jeffrey W. Robinson and Greg T. Robinson, individually and as partners of Ag Pro Farm Partnership; for its costs herein expended; and for all other proper relief.

> BRIDGES, YOUNG, MATTHEWS
> & DRAKE PLC
> Post Office Box 7808
> Pine Bluff, AR 71611-7808
> Telephone No. (870) 534-5532
>
> By _____
> David L. Sims, ABN 86156
> Attorneys for CF Industries, Inc.,

## VERIFICATION

STATE OF ARKANSAS
COUNTY OF JEFFERSON

I, David L. Sims, hereby state on oath that I have executed the foregoing document; and that the facts and matters therein set forth are true and correct to the best of my knowledge, information and belief.

_____
David L. Sims

SUBSCRIBED AND SWORN to before me this 21st day of October, 2013.

_____
NOTARY PUBLIC

My commission expires:

_____

DIANN MERRITT
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 12-11-2016
Commission # 12357918

## CERTIFICATE OF SERVICE

I, David L. Sims, do hereby certify that a copy of the above and foregoing pleading was served upon Mr. J. Baxter Sharp, III, P.O. Box 552, Brinkley, AR 72021, and Mr. Larry Wallace, 1005 Downing Street, Benton, AR 72015, , by United States mail, postage prepaid, on this 21st day of October, 2013.

_____
David L. Sims