**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TERRA INTERNATIONAL, INC.                                                            PLAINTIFF

v.                          No. 4:02CV00190 JLH

TOMMY F. ROBINSON, JEFFREY W.
ROBINSON, GREG T. ROBINSON, and
FRED CHAMBERS, Individually and as Partners
of AG PRO FARM PARTNERSHIP                                 DEFENDANTS

**ORDER**

CF Industries, Inc., successor in interest to Terra International, Inc., has filed an application for writ of scire facias, contending that the judgment entered in this action in favor of Terra International, Inc., against Tommy F. Robinson, Jeffrey W. Robinson, Greg T. Robinson, and Fred Chambers, individually and as partners of Ag Pro Farm Partnership, should be extended for a period of ten years as to Tommy F. Robinson, Jeffrey W. Robinson, and Greg T. Robinson, individually and as partners of Ag Pro Farm Partnership. Rule 81(b) of the Federal Rules of Civil Procedure provides:

> The writs of scire facias and mandamus are abolished. Relief previously available through them may be obtained by appropriate action or motion under these rules.

The Court therefore construes the application for writ of scire facias as a motion for revival of the judgment. The Court further orders David L. Sims, attorney for CF Industries, Inc., to serve a copy of the motion and this Order upon Tommy F. Robinson, Jeffrey W. Robinson, and Greg T. Robinson, individually and as partners of Ag Pro Farm Partnership, by certified mail, restricted delivery, return receipt requested, or by means of personal service pursuant to Rule 4 of the Arkansas and Federal Rules of Civil Procedure, and to file a proof of service with a return of service included. The Court also orders Tommy F. Robinson, Jeffrey W. Robinson, and Greg T. Robinson, individually and as

partners of Ag Pro Farm Partnership, to respond to the motion for revival of the judgment within twenty-one days after service of the motion and this Order if they have any objection to that motion.

IT IS SO ORDERED this 24th day of October, 2013.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE