

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

TERRA INTERNATIONAL, INC.                                    PLAINTIFF

v.                         No. 4:02CV00190 JLH  G H

TOMMY F. ROBINSON, JEFFREY W.

ROBINSON, GREG T. ROBINSON, and

FRED CHAMBERS, Individually and as Partners

Of AG PRO FARM PARTNERSHIP

MOTION TO DISMISS WITH PREJUDICE

Comes now The Robinsons objecting to The Courts order of October 24 2013 for the following reasons;

1. Writ of Scire Facias had been abolished ( Rule 81(b) of the Federal Rules of Civil Procedure).

2. The judgement had expired before the order was signed.

The Robinsons prays that The Order be dismissed with prejudice.

*[signature]*
Tommy F. Robinson, Pro Se

P. O. Box 916

Brinkley, Ar 72021

*[signature]*
Greg T. Robinson, Pro Se

32 Oak St.

Brinkley, Ar 72021

*[signature]*
Jeffrey W. Robinson, Pro Se

P. O. Box 949

Brinkley, Ar 72021

Cc: David L. Sims, Atty for Plaintiff