IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRA INTERNATIONAL, INC.                                                              PLAINTIFF

VS.                                    NO. 4-02-CV-00190 JLH

TOMMY F. ROBINSON, JEFFREY W. ROBINSON,
GREG T. ROBINSON, AND FRED CHAMBERS,
INDIVIDUALLY AND AS PARTNERS OF
AG PRO FARM PARTNERSHIP                                                             DEFENDANTS

### RESPONSE TO MOTION TO DISMISS

Comes CF Industries, Inc., successor in interest to Terra International, Inc., by its attorneys, Bridges, Young, Matthews & Drake PLC, and for its Response to the Motion to Dismiss with Prejudice (Doc. No. 58) filed by Defendants Tommy F. Robinson, Jeffrey W. Robinson and Greg T. Robinson, individually and as partners of Ag Pro Farm Partnership, states:

1.     In their Motion, the Defendants argue that writs of scire facias have been abolished citing Rule 81(b) of the Federal Rules of Civil Procedure. This Court in its Order filed herein (Doc. No. 54) does observe that Rule 81(b) of the Federal Rules of Civil Procedure provides that "The writ of scire facias and mandamus are abolished. Relief previously available through them may be obtained by appropriate action or motion under these rules." Rule 69(a)(1) of the Federal Rules of Civil Procedure provides in part that "the procedure on execution - and in proceedings supplementary to and in aid of judgment or execution - must accord with the procedure of the state where the court is located, but a

federal statute governs to the extent it applies." This rule of procedure has been interpreted to mean "unless a federal statute provides otherwise, the practice relative to revival of dormant judgments is to be governed by state law." Davet v. City of Cleveland, 2011 U.S. Dist. LEXIS 116425, 2011 WL 4729930 (N.D. Ohio 2011), citing Donellan Jermone, Inc. v. Trylon Metals, Inc., 270 F. Supp. 996, 998 (N.D. Ohio 1967). The procedure for revival of a judgment entered in this Arkansas federal court diversity action would be governed by Ark. Code Ann. § 16-65-501 et. seq. regarding the procedure to revive a judgment. Rule 1 of the Federal Rules of Civil Procedure provides in part that the rules "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding." The Court by issuance of its Order herein has appropriately construed the Plaintiff's prior motion (application) as a motion for revival of the judgment.

2. Defendants further argue that the judgment entered in this case had expired before the Order was signed by this Court. The Plaintiff's judgment was entered on October 22, 2003, and was scheduled to expire on October 22, 2013. Plaintiff filed herein its motion (application) (Doc No. 52) on October 21, 2013, which was prior to the expiration of the judgment. Ark. Code Ann. § 16-65-501(a), applicable under Rule 69(a)(1) of the Federal Rules of Civil Procedure, provides that the "plaintiff or his or her legal representative may, at any time before the expiration of the lien on any judgment, sue out a scire facias to revive the judgment." The timing of the Court's Order ordering service upon Defendants was not of consequence. The Plaintiff's motion (application) was timely.

3. Defendants in their Motion to Dismiss do not deny that no payment has been made on the judgment entered in this case other than a partial payment previously received in the sum of $1,125.00.

WHEREFORE, CF Industries, Inc., successor in interest to Terra International, Inc., prays that the Defendants' Motion to Dismiss be denied; that the Plaintiff's judgment and the lien thereof be extended for a period of ten (10) years as to Defendants Tommy F. Robinson, Jeffrey W. Robinson and Greg T. Robinson, individually and as Partners of Ag Pro Farm Partnership; and for all other proper relief.

> BRIDGES, YOUNG, MATTHEWS
> & DRAKE PLC
> Post Office Box 7808
> Pine Bluff, AR 71611-7808
> Telephone No. (870) 534-5532
>
> By _/s/ David L. Sims_
> David L. Sims, ABN 86156
> Attorneys for CF Industries, Inc.

## CERTIFICATE OF SERVICE

I, David L. Sims, do hereby certify that a copy of the above and foregoing pleading was served upon Mr. Tommy F. Robinson, P. O. Box 916, Brinkley, AR 72021, Mr. Greg T. Robinson, 32 Oak Street, Brinkley, AR 72021, and Mr. Jeffrey W. Robinson, P. O. Box 949, Brinkley, AR 72021, by United States mail, postage prepaid, on this 29th day of January, 2014.

_/s/ David L. Sims_
David L. Sims