# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1561
_____

Terra International, Inc.

*Plaintiff - Appellee*

v.

Tommy F. Robinson; Jeffrey W. Robinson; Greg T. Robinson; individually and as partners of Ag Pro Farm Partnership

*Defendants - Appellants*

Fred Chambers, individually and as partner of Ag Pro Farm Partnership

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: January 12, 2015
Filed: March 9, 2015
[Unpublished]

_____

Before RILEY, Chief Judge, COLLOTON and KELLY, Circuit Judges.

_____

PER CURIAM.

In this diversity case, see 28 U.S.C. § 1332(a)(1), Tommy F. Robinson, Jeffrey W. Robinson, and Greg T. Robinson, individually and as partners of Ag Pro Farm Partnership (Robinsons), appeal an order of the district court[1] reviving a 2003 judgment against them and extending the judgment lien ten years. The Robinsons primarily challenge the district court's application of Arkansas law, arguing (1) they did not receive the "panoply of protections" required by Ark. Code Ann. § 16-65-501, including notice and the opportunity to respond; (2) the request to revive the judgment was untimely; and (3) the district court therefore "had no authority to bind the parties."[2] Upon careful de novo review of the issues properly raised on appeal, see Salve Regina Coll. v. Russell, 499 U.S. 225, 231 (1991) (standard of review), we see no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1] The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.

[2] We decline to consider the constitutional due process and procedural real-party-in-interest claims the Robinsons raised for the first time on appeal. See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (explaining we generally do not consider issues "not presented in the district court" and "advanced for the first time on appeal"); United HealthCare Corp. v. Am. Trade Ins. Co., 88 F.3d 563, 569 (8th Cir. 1996) (concluding a defendant "waived his real party in interest defense" under Federal Rule of Civil Procedure 17(a) "by failing to raise it in a timely fashion" in the trial court).

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 09, 2015

Mr. David O. Bowden
P.O. Box 193101
Little Rock, AR  72219-3101

      RE:  14-1561  Terra International v. Tommy Robinson, et al

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

      Michael E. Gans
      Clerk of Court

MDS

Enclosure(s)

cc:    Mr. Jim McCormack
      Mr. Greg T. Robinson
      Mr. Jeffrey W. Robinson
      Mr. Tommy F. Robinson
      Mr. David Sims

      District Court/Agency Case Number(s):   4:02-cv-00190-JLH



14-1561 Terra International v. Tommy Robinson, et al "per curiam opinion filed" (4:02-cv-00190-JLH)
ca08ml_cmecf_Notify
to:
03/09/2015 10:13 AM
Hide Details
From: ca08ml_cmecf_Notify@ca8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 03/09/2015

| | |
|---|---|
| **Case Name:** | Terra International v. Tommy Robinson, et al |
| **Case Number:** | 14-1561 |
| **Document(s):** | Document(s) |

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: William Jay Riley, Steven M. Colloton and Jane Kelly (UNPUBLISHED) [4251867] [14-1561] (Michael Shay)

**Notice will be electronically mailed to:**

Mr. David O. Bowden: david_bowden@juno.com, dbowdenlr@gmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. David Sims: davidsims@bridgesplc.com, Ashley@bridgesplc.com

**Notice will be mailed to:**

Mr. Greg T. Robinson
32 Oak Street
Brinkley, AR 72021

Mr. Jeffrey W. Robinson
P.O. Box 949
Brinkley, AR 72021

Mr. Tommy F. Robinson
P.O. Box 916
Brinkley, AR 72021

The following document(s) are associated with this transaction:
**Document Description:** opinion filed
**Original Filename:** 141561U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/09/2015] [FileNumber=4251867-0]
[4ae9f24d706695512c35d91ed8b1bc3375bce4a49e1eda11c006d27fc9ceb80045fc4ad3c126de24bb479928f150fbd3911a5395286c3e00f878b7867eb79e39]]

**Document Description:** Counsel Opinion Letter
**Original Filename:** /opt/ACECF/live/forms/michaelshay_141561_4251867_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/09/2015] [FileNumber=4251867-1]
[c09089591a7a8062f5622769013842ea8d2baea59f69a85908bc15596a813458966d4400a8278004201fd9db562d77cc845bf6a11b885af7f7bc60d749af2721]]
**Recipients:**

- Mr. David O. Bowden
- Mr. Jim McCormack, Clerk of Court
- Mr. Greg T. Robinson
- Mr. Jeffrey W. Robinson
- Mr. Tommy F. Robinson
- Mr. David Sims

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4251867
**RELIEF(S) DOCKETED:**
  not for publication
**DOCKET PART(S) ADDED:** 5264065, 5264066, 5264067